# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LEON CLARK

VERSUS

LA CAPITAL FEDERAL CREDIT
UNION

NO.   2025 CW 1074

**DECEMBER 30, 2025**

---

In Re:   Leon Clark, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
746772.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL
EW
CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT